## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**GRAND FURNITURE DISCOUNT STORES**

  **Plaintiff**

v.                    **Chapter 13**
                       **Case # 12-75068-FJS**

**SPENCER JEROME NEWSOME**

  **Debtor**

### **CONSENT ORDER**

  This matter came upon Grand Furniture's Objection to Confirmation of the Debtors' Chapter 13 plan, dated 02/04/13, filed in this case; and

  Upon consideration whereof, it appearing to the Court that parties herein have agreed to the resolution of said objections, the parties have agreed the debtors Chapter 13 plan be modified to designate a secured claim owed to Grand Furniture Discount Stores on the debtors' account, with the secured due Grand Furniture Discount Stores designated to the extent of $2,300.00 plus interest thereon at the rate of 5.0 % per annum and with the unsecured claim due Grand Furniture Discount Stores in the extent of $43.94.

  It is hereby ADJUDGED, ORDERED and DECREED, that Grand Furniture's Objection to Confirmation of Chapter 13 Plan be SUSTAINED.  It is further ORDERED that if the debtor fails to comply with the terms of this Order an order of dismissal may be filed and entered with this Court without further hearing.  Trustee reserves all rights as to the anticipated amended plan.

NORRIS & ST. CLAIR, P.C.
JONATHAN L. STONE, ESQUIRE
VSB # 75483
COUNSEL FOR GRAND FURNITURE
2840 S. LYNNHAVEN ROAD
VIRGINIA BEACH, VA 23452-6715
TELEPHONE (757) 498-7700
FACSIMILE (757) 498-7744
jstone@norrisstclair.com

The Clerk of the Court is directed to electronically forward a copy of this Order to Grand Furniture, Attn: Bankruptcy Dept., P. O. Box 5970, Virginia Beach, VA 23471-0970; to Steve C. Taylor, Esquire, Law Offices of Steve C. Taylor, P.C., 133 Mt. Pleasant Road, Chesapeake, VA 223322; and to R. Clinton Stackhouse, Chapter 13 Trustee, 7021 Harbour View Blvd., Suite 101, Suffolk, VA 23435.

ENTER: May 29 2013

/s/ Frank J. Santoro
―――――――――――――――――――――
U.S. Bankruptcy Judge

We ask for this:

5/29/13

/s/ Jonathan L. Stone
Jonathan L. Stone, Esquire
Attorney for Grand Furniture Discount Stores

/s/ Steve C. Taylor
Steve C. Taylor, Esquire
Attorney for Spencer Jerome Newsome

/s/ R. Clinton Stackhouse
R. Clinton Stackhouse, Esquire
Trustee

CERTIFICATE

I hereby certify that a true copy of the foregoing consent order was endorsed by or on behalf of all necessary parties herein.

Jonathan L. Stone
Jonathan L. Stone, Esquire